| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michel Jay Berger (SBN 100291)<br>Sofya Davtyan (SBN 259544)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.Berger@bankruptcypower.com<br>Sofya.Davtyan@bankruptcypower.com | **FILED & ENTERED**<br><br>MAR 02 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY carranza DEPUTY CLERK |
| ☐ Movant appearing without an attorney<br>☒ Attorney for Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re: | CASE NO.: 2:22-BK-12988-VZ |
|---|---|
| | CHAPTER: 11 |
| **BMW Nationwide Security Inc.,** | **ORDER** ☒ **GRANTING** ☐ **DENYING**<br><br>MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF:<br><br>☒ **A FINAL DECREE AND ORDER CLOSING CASE; OR**<br><br>☐ **AN ORDER CLOSING CASE ON INTERIM BASIS**<br><br>**[11 U.S.C. §§ 350(a) and 1101(2); FRBP 3022; LBR 3022-1]** |
| | ☒ No hearing unless requested under LBR 9013-1(o)(3)<br>☐ Hearing Information:<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

On (*date*) **January 4, 2023**, a motion was filed, as docket entry # **125**, requesting entry of:

☒ A final decree and order closing case; or

☐ An order closing case on an interim basis.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                    Page 1                    F 3022-1.1.ORDER.CLOSE.CH11.CASE

Based upon the motion, and on the findings and conclusions made at the hearing (if there was a hearing):

1. **IT IS ORDERED THAT** the motion is:   ☒ Granted    ☐ Denied

2. **IT IS FURTHER ORDERED THAT** (*select one*):

   ☒  A final decree and order closing case be entered.

   ☐  The case is closed on an interim basis.

###

Date: March 2, 2023

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 2                        F 3022-1.1.ORDER.CLOSE.CH11.CASE